UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC., )
                Plaintiff, )
      v. )
SHASTA BEVERAGES, INC., )
                Defendant, )
      v. )
COMERICA BANK & TRUST, N.A., )
                Garnishee. )

Case No. MC21-0125RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

    This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Shasta Beverages, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Comerica Bank & Trust, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on December 17, 2021.

    Dated this 20th day of December, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge